IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOWARD L. DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-281C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for the Government to file its answer in this case by 21 days, from June 16, 2008, until July 7, 2008. This is our first request for an enlargement. We have discussed this matter with counsel for the plaintiff and represent that plaintiff does not oppose this motion.

The additional time is requested so that Government counsel adequately can prepare and file the Government's response to the complaint. Government counsel has not yet received plaintiff's military records from the Air Force (although they have been requested), and has been unusually busy with other cases in the last month. In particular, Government counsel has just concluded the trial of Sullivan v. United States, No. 99-754 (J. Smith), in Boston, is arguing the case of Northrop Grumman Information Technology v. United States, No. 2008-5003 (Fed. Cir.), before the United States Court of Appeals for the Federal Circuit on June 6, 2008, and has two additional briefs due to the court of appeals and another motion to dismiss due before this Court prior to the current June 16, 2008 filing date for the Government's answer.

Accordingly, we respectfully request that the Court grant this unopposed motion for extension of time and enlarge the deadline for the Government to file its answer until July 7, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys for Defendant

June 9, 2008