**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOWARD L. DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-281C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to RCFC 41(a)(1), plaintiff provides notice that he seeks to have this case voluntarily dismissed. Plaintiff observes that, although the defendant has filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), as of this date, defendant has neither served an answer nor a motion for summary judgment. In addition, plaintiff represents that when contacted, counsel for defendant indicated he had no objection to the current filing.

In his complaint, plaintiff noted that an application seeking the same relief sought in this Court was pending before the Air Force Board for Correction of Military Records (AFBCMR). In a decision dated June 24, 2008, the AFBCMR issued a decision granting the plaintiff the relief he sought, namely consideration for promotion to the grade of lieutenant colonel by a Special Selection Board for the Calendar Year 1997C Lieutenant Colonel Central Selection Board.

Based upon the June 24, 2008, decision of the AFBCMR, plaintiff moves to voluntarily dismiss this case as moot.

Respectfully submitted,

/s Richard A. Bednar
Law Office of Richard A. Bednar
12107 Park Shore Ct.
Woodbridge, VA 22192-2217
703-490-0000
703-991-0454 (fax)
Email: Rbednar@ArmedForcesLaw.com

July 11, 2008